HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBINSON,

        Plaintiff,

   v.

JOSEPH LEHMAN,

        Defendant.

Case No. C05-5277 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion for Appointment of Counsel on Appeal [Dkt. #30].

Having considered the entirety of the records and file herein, it is hereby

**ORDERED** that the motion is **DENIED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 15th day of November, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1